Case 3:23-cv-00380   Document 16   Filed on 10/22/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| IRMA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-CV-380 |
| | § | |
| THE HARTFORD a/k/a/ d/b/a THE HARTFORD FINANCIAL SERVICES, INC,; AETNA LIFE INSURANCE, | § § § § | |
| Defendants. | | |

## STIPULATED DISMISSAL

On October 21, 2024, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 15.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 22nd day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE